ALAN YEE, SBN 091444
SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Emails: alanyee@siegelyee.com;
sonyamehta@siegelyee.com

Attorneys for Plaintiff
JENNY ZHOU a.k.a. JENNY CHAO YING ZHOU

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY ZHOU a.k.a. JENNY CHAO YING ZHOU,<br><br>            Plaintiff,<br><br>        vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>            Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.  Negligence<br><br>Demand for Jury Trial |

Plaintiff JENNY ZHOU a.k.a. JENNY CHAO YING ZHOU complains against defendant PRINCESS CRUISE LINES, LTD. as follows:

### PRELIMINARY STATEMENT

1.      This is an action for personal injury and damages against PRINCESS CRUISE LINES, LTD. ("Princess") resulting from the negligence of Princess. On September 2, 2024, at approximately 6:10 P.M. Pacific Standard Time, Princess severely burned and injured Zhou by pouring scalding hot water on her right arm and hip during the dinner meal service. Due to these negligent and reckless actions, Zhou suffered major burns to her body, and severe physical pain, emotional distress, and suffering.

*Zhou v. Princess Cruise Lines, Ltd.,* No.
Complaint – 1

2.    Having exhausted any notice requirements, Plaintiff Zhou brings this claim pursuant to Federal Maritime Law.

## JURISDICTION

3.    This Court has Admiralty subject matter jurisdiction pursuant to 28 U.S.C. § 1333 as this case involves a maritime tort.

4.    Plaintiff is a resident of Alameda County, California.

5.    Princess Cruise Lines LTD. is incorporated in Bermuda, with its headquarters in Santa Clarita, California. This Court has personal jurisdiction over Princess as Princess' principal place of business is located in Los Angeles County, Los Angeles.

## VENUE

6.    Venue is proper in the Central District of California pursuant to the terms and conditions of the Passenger Contract issued by Defendant Princess.

## PARTIES

7.    Plaintiff Zhou was a passenger onboard the Crown Princess' two week cruise from San Francisco to Alaska from September 2, 2014, to September 13, 2024.

8.    At all times relevant to this controversy, defendant Princess owned and operated the Crown Princess ship.

## STATEMENT OF FACTS

9.    On June 11, 2024, Zhou agreed to the Passage Contract. The language therein stated, "Upon booking the Cruise, each Guest named on the booking confirmation/statement explicitly agrees to the terms of this Passage Contract. Any Guest booking or purchasing the Cruise represents that they are authorized by all accompanying Guests to accept and agree to all the terms and conditions set forth herein." Thus, Ms. Zhou accepted the contract upon booking the cruise.

10.    The June 2024 Contract named this Court as the only venue for suit.

11.    Moreover, it stated that the contract could only be modified "by a subsequent writing signed by the Carrier [Defendant]."

*Zhou v. Princess Cruise Lines, Ltd.,* No.
Complaint – 2

12. On September 2, 2024, shortly after departure from San Francisco, California, Zhou was in the Botticelli Dining Room of the Crown Princess with her friends.

13. At approximately 6:10 p.m. PST, Zhou was ordering dinner from the Princess waiter. The waiter picked up the pot of boiling water from the table, negligently tried to balance it on the menus being carried on his arm, lost control, and spilled the hot water onto Plaintiff's body, including her right arm and right hip.

14. The incident resulted in major burns to Zhou's body. She has suffered severe physical pain, emotional distress, and mental suffering as a result.

15. The burns will likely result in permanent disfigurement to her body and long-term rehabilitation and care.

## EXHAUSTION OF NOTICE REQUIREMENTS

16. On or around December 17, 2024, Zhou exhausted the notice requirement in the June 2024 Contract.

## CAUSES OF ACTION

### FIRST CLAIM – NEGLIGENCE
### (against defendant PRINCESS)

17. Plaintiff incorporates by reference paragraphs 1 through 16 above as though fully set forth herein.

18. Princess owed Zhou a reasonable duty of care.

19. Defendant breached that duty in causing Zhou serious burns to her body and related injury, resulting in general and compensatory damages.

20. Wherefore, Plaintiff demands judgment against Defendant Princess for damages suffered as result of their negligence and a trial by jury on all issues triable.

## DAMAGES

21. As a result of Defendant's actions, Plaintiff has been injured and has suffered damages as follows:

    a. She has incurred out-of-pocket expenses for medical treatment.

*Zhou v. Princess Cruise Lines, Ltd.,* No.
Complaint – 3

b.    She has suffered emotional distress, pain, and suffering.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court grant her relief as follows:

(1)    General damages for emotional distress, pain and suffering, in an amount to be determined;

(2)    Compensatory damages for medical costs in an amount to be determined;

(3)    Interest at the legal rate;

(4)    Special damages;

(5)    Costs of suit; and

(6)    Such other and further relief as the Court may deem proper.

**DEMAND FOR JURY TRIAL**

In accordance with the Federal Rules of Civil Procedure, Rule 38(b), and Central District Local Rule 38, plaintiff Jenny Zhou hereby demands a jury trial.


Dated: May 9, 2025                    SIEGEL, YEE, BRUNNER & MEHTA


By: _/s/ *Alan Yee*_____
        Alan Yee


By: _/s/ *Sonya Z. Mehta*_____
        Sonya Z. Mehta


Attorneys for Plaintiff
JENNY ZHOU
a.k.a. JENNY CHAO YING ZHOU

*Zhou v. Princess Cruise Lines, Ltd.,* No.
Complaint – 4