**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY ZHOU a.k.a. KENNY CHAO YING ZHOU,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>    Defendant. | Case No. 2:25-cv-04217-SPG-BFM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISMISSAL AND SHOW CAUSE [ECF NO. 19]** |

Before the Court is the parties' Stipulation to Extend Time to File Dismissal and Show Cause (ECF No. 15 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.  Plaintiff shall have up to and including November 24, 2025, to file a notice of dismissal; and

2.  The order to show cause is rescheduled to November 26, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 9, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1